David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **TIFFANY ASHRAF,**<br><br>    Plaintiff,<br><br>v.<br><br>**NEVADA TITLE AND PAYDAY LOANS, INC.,**<br><br>    Defendant. | Case No.: 2:15-cv-01353-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO COMPEL INDIVIDUAL ARBITRATION OF PLAINTIFF'S CLAIMS AND TO DISMISS THIS ACTION OR, IN THE ALTERNATIVE, TO STAY THIS ACTION PENDING THE COMPLETION OF ARBITRATION**<br><br>**[FIRST REQUEST]** |

Plaintiff, TIFFANY ASHRAF ("Plaintiff"), and Defendant, NEVADA TITLE AND PAYDAY LOANS, INC. ("Defendant"), hereby submit the following Stipulation to Extend Time for Plaintiff to Respond to Defendant's Motion to Complel Individual Arbitration of Plaintiff's Claims and to Dismiss this Action or, in the Alternative, to Stay this Action Pending the Completion of Arbitration (the "Motion"). The current deadline is set for August 10, 2015.

1. Plaintiff's Complaint was filed on May 18, 2015, in the Eighth Judicial District Court for Clark County, Nevada.

2. Defendant removed the action to Federal Court on July 17, 2015. [Dkt. No. 1].

3. Defendant filed its Motion [Dkt. Nos. 7, 8 & 10] on July 24, 2015.

4. Plaintiff and Defendant have agreed to an extension of time of 14 days, up to and including August 24, 2015 for Plaintiff to respond to Defendant's Motion.

5. Plaintiff and Defendant further agree that Defendant shall have 14 days from the date of Plaintiff's Response to file a Reply.

6. This request is not made for purposes of delay, but rather to allow Plaintiff to fully brief the Motion brought by Defendant.

The parties therefore respectfully request this Court enter an order granting an extension of time of 14 days, up to and including August 24, 2015, for Plaintiff to respond to Defendant's Motion, and allow Defendant 14 days from the date of

Plaintiff's Response to file a Reply.

DATED: August 10, 2015

| BALLARD SPAHR LLP | KAZEROUNI LAW GROUP, APC |
|---|---|
| /s/ Ann Marie Hansen | /s/ Danny J. Horen |
| Ann Marie Hansen, Esq. | Danny J. Horen, Esq |
| 100 North City Pkwy, Ste. 1750 | 7854 W. Sahara Avenue |
| Las Vegas, NV 89106 | Las Vegas, NV 89117 |
| hansena@ballardspahr.com | danny@kazlg.com |
| Attorneys for Defendant | Attorneys for Plaintiff |

**IT IS SO ORDERED**:

Plaintiff shall have 14 days, up to and including August 24, 2015, to respond to Defendant's Motion, and Defendant shall have 14 days from the date of Plaintiff's Response to file a Reply.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: August 14, 2015

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained their authorization to affix their electronic signature to this document.


Dated: August 10, 2015                             KAZEROUNI LAW GROUP

                                                   By: /s/ Danny Horen
                                                       DANNY HOREN, ESQ.
                                                       ATTORNEY FOR PLAINTIFF