

1  Sylvia O. Semper, Esq.
   Nevada Bar No. 12863
2  sempers@ballardspahr.com
   BALLARD SPAHR LLP
3  100 North City Parkway
   Suite 1750
4  Las Vegas, NV 89106-4617
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070

6  *Attorneys for Defendant Nevada
   Title and Payday Loans, Inc.*
7

8                UNITED STATES DISTRICT COURT

9                     DISTRICT OF NEVADA

10

11  TIFFANY ASHRAF,                    Case No.: 2:15-cv-01353-GMN-VCF

12               Plaintiff,

13                                     STIPULATION AND ORDER TO
    v.                                 DISMISSAL WITH PREJUDICE
14

15  NEVADA    TITLE    AND    PAYDAY
    LOANS, INC.,
16               Defendant.

17

18

19      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Tiffany Ashraf and

20  Defendant Nevada Title and Payday Loans, Inc., by their respective counsel, hereby

21  voluntarily stipulate that the above-captioned action shall be dismissed with

22  prejudice, the parties to bear their own attorneys' fees and costs.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

Pursuant to Fed. R. Civ. P. 41(a)(1), this action is DISMISSED WITH PREJUDICE.

RESPECTFULLY SUBMITTED:

DATED: September 7, 2016.

BALLARD SPAHR LLP

*/s/ Sylvia Semper*
Sylvia O. Semper
Nevada Bar No. 12863
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
*Attorneys for Defendant Nevada*
*Title and Payday Loans, Inc.*

DATED: September 7, 2016

KAZEROUNI LAW GROUP, APC

*/s/ Michael Kind*
Michael Kind
Nevada Bar No.
7854 W. Sahara Avenue
Las Vegas, NV 89117

*Attorneys for Plaintiff*
*Tiffany Ashraf*

**ORDER**

IT IS SO ORDERED.

Dated: September 20 , 2016.

UNITED STATES DISTRICT JUDGE

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070